JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GREGG CASEY WIELE, an
individual,

                         Plaintiff,

v.

DELAWARE NORTH, INC.; PATINA
RESTAURANT GROUP; a California
Limited Liability Corporation; and
DOES 1 through 50, inclusive,

                         Defendants.

Case No. 2:21-cv-07271-SB-AS

**FINAL JUDGMENT**

     For the reasons set forth in the Court's separate Order on Summary Judgment, it is:   ORDERED AND ADJUDGED that Plaintiff Gregg Casey Wiele shall take nothing on his claims against Defendants Delaware North, Inc. and Patina Restaurant Group.  Plaintiff's claims are DISMISSED with prejudice.

     This is a Final Judgment.

Dated:  March 4, 2022

                                                             _____

                                                     Stanley Blumenfeld, Jr.
                                                United States District Judge